IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINIC JOSEPH ABBOTT,<br>　　　　　Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECITONS, SCI GRATERFORD, FEDERAL COMMUNICATIONS COMMISSION, ALLEGHENY COUNTY SHERIFFS, PENNSYLVANIA STATE POLICE, U.S. ARMY, CLERKS OFFICE UNITED STATES DISTRICT COURT, ALLEGHENY COUNTY DISTRICT ATTORNEY, BUTLER COUNTY DISTRICT ATTORNEY,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 11-297<br>) District Judge Nora Barry Fischer<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this _6th_ day of December, 2011, after Plaintiff Dominic Joseph Abbott filed an action in the above-captioned case, and after Plaintiff failed to submit the requisite IFP paperwork or the judicial selection form so that his case could proceed, and after Plaintiff failed to respond to the Order to Show Cause why the case should not be dismissed for failure to prosecute, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until November 28, 2011, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Plaintiff wishes to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*Nor Barry Fisher*
U.S. District Court Judge

cc: Dominic Joseph Abbott
GB-5800
SCI Graterford
Box 244
Graterford, PA 19426-0244